

# UNITED STATES DISTRICT COURT

### for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:25 MJ 231 |
| Joaquin DOMINGUEZ NOYOLA a.k.a. Joaquin Dominguez-Noyola, Jusue Cisneros Noyola, Jose Manuel Magallon Hernandez, and Juan Abel Carriso-Maldonado | ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 05, 2025 _____ in the county of _____ Surry _____ in the

____ Middle ____ District of ____ North Carolina ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a)& (b)(1) | Being found in the United States while an alien being previously removed or deported from the United States subsequent to a conviction for commission of a felony (other than an aggravated felony) without the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) & (b)(1). |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/S/ Erin North
*Complainant's signature*

Erin North, Deportation Officer
*Printed name and title*

Date: 06/12/25

*Judge's signature*

City and state: ____ Greensboro, North Carolina ____

L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AFFIDAVIT

I, Erin North, Deportation Officer, United States Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state that:

1. Your Affiant is a graduate of the Federal Law Enforcement Training Center (FLETC) and has been employed as a federal officer of Immigration and Customs Enforcement (ICE) for nineteen years, during which time she has conducted numerous investigations relating to administrative and criminal violations of the Immigration & Nationality Act (INA).

2. The information contained in this affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint against Joaquin DOMINGUEZ NOYOLA, also known as Joaquin Dominguez-Noyola, Juaquin Dominguez Noyola, Juaquin Dominguez-Noyola, Jaquin Dominguez-Noyola, Jusue Cisneros Noyola, Jusue Noyola Cisneros, Carlos Ruiz, Jose Manuel Magallon Hernandez, Jose M Hernandez, Milton Leal Castaneda, Juan Abel Carriso-Maldonado, and Juan Carriso Malonado [hereafter referred to as DOMINGUEZ NOYOLA]. Your Affiant has not included each and every fact known to her concerning this investigation but has set forth only those facts believed to be necessary for said purpose.

3. Your Affiant respectfully asserts that sufficient evidence exists to support a probable cause finding that DOMINGUEZ NOYOLA has violated Title 8, United States Code, Section 1326(a)&(b)(1) (illegal reentry into the United States by an alien who was previously removed from the United States subsequent to the conviction for the commission of a felony). DOMINGUEZ NOYOLA did not obtain the consent of the Attorney General of the United States prior to March 1, 2003, nor the Secretary of the Department of Homeland Security after February 28, 2003, to reapply for admission to the United States after removal.

4. On May 03, 2025, DOMINGUEZ NOYOLA was arrested by North Carolina State Highway Patrol in Mount Pilot, NC, for DRIVING WHILE IMPAIRED, MISDEMEANOR CHILD ABUSE, RECKLESS DRIVING – WANTON DISREGARD, CHILD NOT IN REAR SEAT, NO OPERATORS LICENSE, and POSSESS OPEN CONTAINER/ CONSUME ALCOHOL PASSENGER AREA (Surry County, NC, District Court Dockets 2025CR299224 and 2025CR702606; fingerprinted under the name Juan Carriso Malonado), and transported to the Surry County Jail in Dobson, NC.

5. On May 05, 2025, an Immigration Detainer was lodged against DOMINGUEZ NOYOLA at the Surry County Jail in Dobson, NC.

6. On June 03, 2025, ICE Officers submitted a copy of Surry County, NC, Sheriff's Office arrest tenprint card for DRIVING WHILE IMPAIRED under the name Juan Carriso Malonado dated May 03, 2025 (obtained from the North Carolina State Bureau of Investigations), through Next

Generation Identification (NGI), which is connected to the National Crime Information Center (NCIC), and the automated biometric identification system used by ICE termed IDENT. The fingerprint-based reports that were generated disclosed that the fingerprints belonged to the subject of FBI Number XXX126NB9, State Identification Number NCXXX9190A, and Immigration A-file Number XXX-952-948.

7. Your Affiant conducted criminal justice inquiries and database searches, reviewed Immigration A-file XXX-952-948 relating to DOMINGUEZ NOYOLA, and discovered that:
   a) his name is Joaquin DOMINGUEZ NOYOLA, per his own statements;
   b) he is also known as Joaquin Dominguez-Noyola, Juaquin Dominguez Noyola, Juaquin Dominguez-Noyola, Jaquin Dominguez-Noyola, Jusue Cisneros Noyola, Jusue Noyola Cisneros, Carlos Ruiz, Jose Manuel Magallon Hernandez, Jose M Hernandez, Milton Leal Castaneda, Juan Abel Carriso-Maldonado, and Juan Carriso Malonado;
   c) he is citizen of Mexico by virtue of birth Guerrero, Mexico, on November 19, 19XX, per his own statements. He has also used July 01, 1969, April 28, 1977, November 19, 1979, January 08, 1980, August 01, 1980, January 11, 1981, November 09, 1981, and November 11, 1981, as his date of birth;
   d) he was assigned FBI number XXX126NB9, State Identification Number NCXXX9190A, North Carolina Department of Adult Corrections Offender ID Number XXX8452, North Carolina Driver's License Numbers XXX50528 (Juaquin Dominguez Noyola; DOB: November 19, 19XX) and XXX10597 (Jose M Hernandez; DOB: August 01, 1980), XXX58272 (Jaquin Dominguez-Noyola; DOB: November 19, 19XX) and XXX25915 (Joaquin Dominguez-Noyola; DOB: November 19, 19XX) and XXX54709 (Jusue Noyola Cisneros; DOB: November 19, 1979), Mexican Unique Registry Key of Population (CURP) Number XXXJ811119HGRMYQ02, and USMS Register Number XXX39-057;
   e) on May 17, 2000, he was convicted in Forsyth County, NC, District Court for RESISTING PUBLIC OFFICER, and sentenced to 30 days of confinement, suspended for 12 months of supervised probation. Court Docket 2000CR020727; date of arrest April 19, 2000;
   f) on June 29, 2000, he was convicted in Forsyth County, NC, District Court for RECKLESS DRIVING TO ENDANGER, FICTITIOUS/ CONCEALED/ REVOKED REGISTRATION CARD/ TAG, SPEEDING, and FAIL STOP STOP SIGN/ FLASH RED LIGHT, and sentenced to community punishment. Court Dockets 2000CR019822 and 2000CR019823; date of arrest April 19, 2000;
   g) on October 02, 2002, he was convicted in Wake County, NC, District Court for the lesser offense MISDEMEANOR LARCENY, and sentenced to 1 year of supervised probation. Court Docket 2002CR078506; date of arrest September 10, 2002;
   h) on December 11, 2002, he was convicted in Wake County, NC, District Court for two counts of Felony BREAK OR ENTER A MOTOR VEHICLE, and sentenced to 6-8 months of confinement, suspended for 36 months of supervised probation. Court Dockets 2002CR112303 and 2002CR112304; date of arrest December 03, 2002;
   i) on December 11, 2002, he was convicted in Wake County, NC, District Court for Felony BREAK OR ENTER A MOTOR VEHICLE and MISDEMEANOR LARCENY, and sentenced to 8-10 months of confinement, suspended for 36 months of supervised probation. Court Docket 2002CR102967; date of arrest November 20, 2002;
   j) on September 09, 2003, he was convicted in Wake County, NC, District Court for Felony BREAK OR ENTER A MOTOR VEHICLE, and sentenced to 4-5 months of confinement,

suspended for 2 years of supervised probation. Court Docket 2003CR033912; date of arrest August 12, 2003;

k) on September 09, 2003, he was convicted in Wake County, NC, District Court for Felony BREAK OR ENTER A MOTOR VEHICLE. Court Docket 2003CR033913; date of arrest August 12, 2003;

l) on September 19, 2003, he was convicted/ probation was revoked in Forsyth County, NC, District Court for FELONY PROBATION VIOLATION OUT OF COUNTY, and sentenced to 8-11 months of confinement. Court Docket 2003CR012743; date of offense December 11, 2002; date of issuance June 04, 2003; date of arrest September 11, 2003;

m) on September 19, 2003, he was convicted/ probation was revoked in Forsyth County, NC, District Court for FELONY PROBATION VIOLATION OUT OF COUNTY, and sentenced to 6-8 months of confinement to run at the expiration of the sentenced imposed in Court Docket 2003CR012743. Court Docket 2003CR012744; date of offense December 11, 2002; date of issuance June 04, 2003; date of arrest September 11, 2003;

n) on March 20, 2007, he was convicted in Wake County, NC, District Court for Felony BREAK OR ENTER A MOTOR VEHICLE and the lesser offense MISDEMEANOR LARCENY, and sentenced to 6-8 months of confinement, suspended for 24 months of supervised probation. Court Docket 2007CR014260; date of arrest February 25, 2007;

o) on August 22, 2007, he was convicted in Alamance County, NC, District Court for RECKLESS DRIVING TO ENDANGER and NO OPERATORS LICENSE, and sentenced to 12 months of probation. Court Docket 2007CR011457; date of arrest July 06, 2007;

p) on September 12, 2009, he was encountered by Alamance County, NC, ICE 287(g) Deputies at the Alamance County Jail pursuant to his arrest by the North Carolina State Highway Patrol for DRIVING WHILE IMPAIRED, SPEEDING, NO OPERATORS LICENSE, and FAILURE TO MAINTAIN LANE CONTROL (Court Dockets 2009CR057010 and 2009CR057011), and determined to be unlawfully present in the United States;

q) on September 22, 2009, he was convicted in Alamance County, NC, District Court for DRIVING WHILE IMPAIRED – LEVEL 4, SPEEDING, and NO OPERATORS LICENSE, and sentenced to 10 days of confinement. Court Dockets 2009CR057010 and 2009CR057011; date of arrest September 11, 2009;

r) on September 22, 2009, he was released to ICE custody;

s) on October 19, 2009, he bonded out of ICE custody upon posting a $1,500 Immigration bond;

t) on March 25, 2010, he was ordered removed to Mexico by an Immigration Judge in Atlanta, GA, and reserved appeal. He was advised at that time that an appeal was due by April 26, 2010;

u) on April 26, 2010, without the proper filing of an appeal, his order of removal was made final (making this the date of his final order of removal);

v) on May 14, 2010, he was convicted in Forsyth County, NC, District Court for HIT/ RUN LEAVE SCENE PROPERTY DAMAGE, and sentenced to 9 months of probation. Court Docket 2010CR005156; date of arrest February 24, 2010;

w) on January 13, 2011, he was encountered by the Greensboro, NC, ICE Fugitive Operations Team with the assistance of the Forsyth County Sheriff's Office at the Forsyth County Courthouse in Winston-Salem, NC;

x) on February 08, 2011, agency form I-205 Warrant of Removal/ Deportation was executed by including his fingerprint, signature, and photograph, and DOMINGUEZ NOYOLA was

removed from the United States to Mexico, on foot, at Brownsville, TX, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;

y) on June 28, 2012, he was encountered by ICE Agents at the Forsyth County, NC, Jail pursuant to his arrest by the Winston-Salem, NC, Police Department for RESISTING PUBLIC OFFICER, ASSAULT ON A FEMALE, and COMMUNICATING THREATS (Court Dockets 2012CR056323 and 2012CR056325), and determined to be unlawfully present in the United States;

z) on July 06, 2012, his order of removal was reinstated by designated officials in Charlotte, NC;

aa) on July 23, 2012, he was convicted in Forsyth County, NC, District Court for RESISTING PUBLIC OFFICER, and sentenced to community punishment. Court Docket 2012CR056323; date of arrest June 27, 2012;

bb) on January 14, 2013, he was convicted in the United States District Court for the Middle District of North Carolina for ILLEGAL RE-ENTRY*, in violation of Title 8, United States Code, Section 1326(a), and sentenced to 11 months of confinement and 1 year of supervised release. Court Case 1:12CR271-1 under the name Joaquin Dominguez-Noyola; date of guilty plea September 06, 2012; date of arrest July 26, 2012. *The judgment erroneously states Illegal Re-entry of an Aggravated Felon;

cc) on July 16, 2013, agency form I-205 Warrant of Removal/ Deportation was executed by including his fingerprint, signature, and photograph, and DOMINGUEZ NOYOLA was removed from the United States to Mexico, on foot, at Brownsville, TX, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Attorney General;

dd) on November 30, 2013, he was encountered by Border Patrol Agents at/ near Penitas, TX, determined to be unlawfully present in the United States, and transported to the Brownsville, TX, Border Patrol Station for processing;

ee) on December 03, 2013, his order of removal was reinstated by designated officials in Brownsville, TX;

ff) on December 04, 2013, agency form I-205 Warrant of Removal/ Deportation was executed by including his fingerprint, signature, and photograph, and DOMINGUEZ NOYOLA was removed from the United States to Mexico, on foot, at Eagle Pass, TX, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

gg) on December 10, 2016, he was encountered by ICE Officers at the Forsyth County, NC, Jail pursuant to his arrest by the Winston-Salem, NC, Police Department for ASSAULT ON A FEMALE (Court Docket 2016CR61382), and determined to be unlawfully present in the United States;

hh) on December 28, 2016, his order of removal was reinstated by designated officials in Charlotte, NC;

ii) on May 25, 2017, he was convicted in the United States District Court for the Middle District of North Carolina for REENTRY OF A DEPORTED FELON, in violation of Title 8, United States Code, Section 1326 (a)&(b)(1), and sentenced to twenty-four (24) months of confinement and three (3) years of supervised release. Case Number 1:17cr013-1 under the name Joaquin Dominguez-Noyola; date of guilty plea March 07, 2017; date of arrest February 02, 2017;

jj) on December 27, 2017, he filed a Motion to Vacate, Set Aside or Correct Sentence in the United States District Court for the Middle District of North Carolina under Civil Case Number 1:17-CV-01149-LCB;

kk) on May 23, 2018, his motion to Vacate, Set Aside or Correct Sentence under Civil Case Number 1:17-CV-01149-LCB was denied by the United States District Court for the Middle District of North Carolina;

ll) on October 17, 2018, agency form I-205 Warrant of Removal/ Deportation was executed by including his fingerprint, signature, and photograph, and DOMINGUEZ NOYOLA was removed from the United States to Mexico, on foot, at Hidalgo, TX, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

mm) on January 22, 2019, he was encountered by Customs and Border Protection Officers at the Otay Mesa, CA, Port of Entry while attempting admission into the United States by presenting a Permanent Resident Card (commonly referred to as a Green Card) issued to a Cuban national with a photograph other than his own, and referred to secondary inspection for further investigation. After being fingerprinted and identified as a previously deported criminal alien, he was paroled into the United States pending federal criminal charges for violations of Title 8, United States Code, Section 1326;

nn) on April 09, 2019, he was convicted in the United States District Court for the Southern District of California for FALSE OR MISLEADING REPRESENTATION OR WILLFUL CONCEALMENT OF A MATERIAL FACT, in violation of Title 8, United States Code, Section 1325(a)(3), and sentenced to 6 months of confinement. Case Number 19CR592-FAG under the name Joaquin Dominguez-Noyola; entered a guilty plea on April 09, 2019; date of arrest January 22, 2019;

oo) on November 07, 2019, the United States District Court for the Southern District of California revoked the term of supervised release imposed in United States District Court for the Middle District of North Carolina Case Number 1:17cr013-1, and he was sentenced to 5 months of confinement and 2 years of supervised release. Case Number 3:19-CR-07154-GPC under the name Joaquin Dominguez-Noyola;

pp) on December 20, 2019, he was ordered removed from the United States by designated officials in San Diego, CA, and agency form I-296 Notice to Alien Ordered Removed/ Departure Verification was executed by including his fingerprint, photo, and signature, and DOMINGUEZ NOYOLA was removed from the United States to Mexico, on foot, at San Ysidro, CA, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security;

qq) on December 24, 2019, he was encountered by Border Patrol Agents at/ near Dulzura, CA, determined to be unlawfully present in the United States, and transported to the Brown Field, CA, Station for processing. That same day, his order of removal was reinstated by designated officials in San Diego, CA;

rr) on June 03, 2020, he was convicted in the United States District Court for the Southern District of California for REMOVED ALIEN FOUND IN THE UNITED STATES, in violation of Title 8, United States Code, Section 1326(a) and (b), and sentenced to time served (approximately equivalent to 163 days of confinement) and 1 year of supervised release. Case Number 3:20-CR-277-GPC under the name Joaquin Dominguez-Noyola; entered a guilty plea on May 05, 2020; date of arrest December 24, 2019;

ss) on June 03, 2020, the United States District Court for the Southern District of California revoked the term of supervised release imposed in United States District Court for the Southern District of California Case Number 3:19-CR-07154-GPC (initially imposed in United States District Court for the Middle District of North Carolina Case Number 1:17cr013-1), and he was sentenced to 4 months of confinement to run concurrent to the sentence imposed in Case Number 3:20-CR-277-GPC. Case Number 3:19-CR-07154-GPC under the name Joaquin Dominguez-Noyola;

tt) on June 05, 2020, agency form I-205 Warrant of Removal/ Deportation was executed by including his fingerprint, signature, and photograph, and DOMINGUEZ NOYOLA was removed from the United States to Mexico, on foot, at San Ysidro, CA, being advised prior to removal that he could not enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security; and

uu) on August 03, 2020, he was encountered by Border Patrol Agents at/ near Dulzura, CA, determined to be unlawfully present in the United States, and expelled from the United States to Mexico at San Ysidro, CA, in accordance with Title 42, United States Code, Section 265.

8. On June 09, 2025, after thorough review of the Immigration A-file, your Affiant conducted record checks of immigration indices and was unable to locate any record that DOMINGUEZ NOYOLA applied for, or was granted, permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation/ removal.

9. On June 09, 2025, Department of Homeland Security's Biometric Support Center – West Latent Print Examiner B. Bass compared Surry County, NC, Sheriff's Office arrest ten print card for DRIVING WHILE IMPAIRED under the name Juan Carriso Malonado dated May 03, 2025; I-294 Warning to Alien Ordered Removed or Deported from A-file XXX-952-948 dated January 27, 2011; I-205 Warrant of Removal/ Deportation from A-file XXX-952-948 executed February 08, 2011, at Brownsville, TX; NCICE FD-249 arrest ten print card from A-file XXX-952-948 dated July 10, 2012; I-294 Warning to Alien Ordered Removed or Deported from A-file XXX-952-948 dated July 01, 2013; I-205 Warrant of Removal/ Deportation from A-file XXX-952-948 executed July 16, 2013, at Brownsville, TX; TXCBP FD-249 arrest ten prints for ALIEN REMOVAL UNDER SECTION 212 AND 237 dated November 30, 2013; NCICE FD-249 arrest ten print card from A-file XXX-952-948 dated December 20, 2016; I-294 Warning to Alien Ordered Removed or Deported from A-file XXX-952-948 dated September 21, 2018; I-205 Warrant of Removal/ Deportation from A-file XXX-952-948 executed October 17, 2018, at Hidalgo, TX; I-296 Notice to Alien Ordered Removed/ Departure Verification from A-file XXX-952-948 executed December 20, 2019, at San Ysidro, CA; CACBP FD-249 arrest ten prints from A-file XXX-952-948 dated December 24, 2019; I-294 Warning to Alien Ordered Removed or Deported from A-file XXX-952-948 dated December 24, 2019; and I-205 Warrant of Removal/ Deportation from A-file XXX-952-948 executed June 05, 2020 at San Ysidro, CA; and determined that the fingerprints were made by the same individual.

10. Based on the above information your Affiant respectfully requests the issuance of a criminal complaint against Joaquin DOMINGUEZ NOYOLA.

/S/ Erin North

Erin North
Deportation Officer
United States Immigration and Customs Enforcement

Dated: June 10, 2025

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Honorable L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina